**No. 44002.**—Protest 985872–G of Sidney Adler & Co. (San Francisco).

Opinion by KEEFE, J. It was found that the flower pots in question are composed of only one piece of earthenware rather than two pieces and that claim was therefore sustained. A sample of the earthenware articles showed that it is in the form of a small baby carriage of white chinaware embossed in the mold. The claim at 10 cents per dozen pieces and 45 percent ad valorem as plain white earthenware under paragraph 211 was therefore sustained. *United States* v. *Todd* (11 Ct. Cust. Appls. 50, T. D. 38690) and T. D. 44592 cited.

**No. 44003.**—Protests 987711–G/88445, etc., of Rev. Christopher Keller (Chicago).

Opinion by KEEFE, J. On the authority of *Diamond* v. *United States* (T. D. 44651) the missal stand was held free of duty as regalia under paragraph 1773. Abstracts 25680 (T. D. 31624) and 12107 (T. D. 27475) cited. From the evidence it was found that the alms basins are carried in the hand during public exercises and come squarely within the definition of regalia. As to these the claim for free entry under paragraph 1773 was also sustained.

BEFORE THE FIRST DIVISION, JUNE 24, 1940

**No. 44004.**—Protests 954084–G, etc., of M. Pressner & Co. (New York).

Opinion by TILSON, J. There was testimony that the articles in question are used entirely by adults as noisemakers and as party favors. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 44005.**—Protest 935114–G of O. E. Barrant (San Francisco).

Opinion by TILSON, J. On the evidence presented the protest was overruled.

**No. 44006.**—Protest 821401–G of American Import Co. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the merchandise consists of balls similar to those involved in *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770). The claim at 30 percent under paragraph 1502 was therefore sustained.